**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE: THERESA ANN & CHADWICK S. ROBERTSON          CHAPTER 13
                                                    CASE NO. 20-51305-KMS

**NOTICE OF FINAL CURE MORTGAGE PAYMENT**

**COMES NOW** the Trustee and files this Notice of Final Cure Mortgage Payment, asserting that:

1. The plan in this case reflected a mortgage on Debtor(s) principal residence held by: THE PEOPLES BANK BILOXI.

2. The Peoples Bank, Biloxi, Mississippi filed proof of claim 6-1.

3. The Claim has X  or has not __ been amended.

4. **YOU ARE NOTIFIED** that the Debtor(s) has completed all payments under the plan and has paid in full the amount required to cure any default on the mortgage claim.

5. All post-petition mortgage payments due through **AUGUST 2025** have been paid by the Trustee in accordance with the mortgage claim, notices provided by the mortgage claimholder or established by Court Order.

6. The Debtor(s) is responsible for making monthly mortgage payments **DIRECTLY** to the mortgage holder effective **SEPTEMBER 2025.**

   ***NO FURTHER PAYMENTS WILL BE MADE TO THE MORTGAGE HOLDER BY THE TRUSTEE.**

7. **YOU ARE HEREBY NOTIFIED** of your obligation to file a Response to this Notice as required by F.R.B.P. 3002.1(g) within twenty-one (21) days and serve your Response on the Debtor(s), Debtor's counsel and the Trustee. Your Response shall indicate (1) whether you agree that the Debtor(s) have paid in full the amount required to cure the default on your claim(s), and (2) whether the Debtor(s) are otherwise current on all payments consistent with §1322(b)(5) of the code. The statement you file shall itemize the required cure or post-petition amounts, if any, that you contend remain unpaid as of the date of your Response/statement.

8. **YOU ARE FURTHER NOTIFIED** that should you fail to provide any information required by F.R.B.P. 3002.1(g), the Court may, after notice and hearing, take either or both of the following actions: (1) preclude you from presenting the omitted information, in any form, as evidence in any contested matter or adversary proceeding in this case, unless the court determines that your failure was substantially justified or is harmless; or (2) award other appropriate relief, including reasonable expenses and attorney's fees caused by your failure.

   DATED this the _____20th_____ day of AUGUST  2025.

                                          /s/ Warren A Cuntz, Jr.
                                          CHAPTER 13 TRUSTEE

## **CERTIFICATE OF SERVICE**

I, WARREN A. CUNTZ, JR., Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Notice of Final Cure Mortgage Payment to:

Nathan L. Prescott, on behalf of Peoples Bank Biloxi        Nathan.Prescott@pmp.org

Thomas C. Rollins, Jr., attorney for the Debtor(s)        trollins@therollinsfirm.com

and, I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Final Cure Mortgage Payment to the following:

The Mortgage Claimholder:   The Peoples Bank, Biloxi, Mississippi
　　　　　　　　　　　　　Nathan L. Prescott, Esq.
　　　　　　　　　　　　　759 Howard Ave
　　　　　　　　　　　　　Biloxi, MS 39530

The Debtors:   Theresa & Chadwick Robertson
　　　　　　　431 Third St
　　　　　　　Gulfport, MS 39507

DATED the 20th day of AUGUST 2025.

　　　　　　　　　　　　　　　　　　　/s/ Warren A. Cuntz, Jr.
　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　P.O. Box 3749
　　　　　　　　　　　　　　　　　　　Gulfport, MS  39505-3749
　　　　　　　　　　　　　　　　　　　Tel: (228) 831-9531
　　　　　　　　　　　　　　　　　　　Fax: (228) 831-9902