_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 20, 2025**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                                    CHAPTER 13
THERESA ANN & CHADWICK S. ROBERTSON                 CASE NO. 20-51305-KMS

### ORDER RELEASING EARNINGS OF DEBTOR
### CHADWICK S. ROBERTON (SSN # XXX-XX-4525)

THE ORDER **(Dkt. 46)** heretofore entered in these proceedings by which the debtor's employer:

> **UTILITY PARTNERS LLC**
> **ATTN: PAYROLL DEPT.**
> **8900 109TH STREET, SUITE 1000**
> **CHAMPLIN MN 55316**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**