**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Theresa Ann Robertson                         Case No. 20-51305-KMS
            Chadwick S Robertson, Debtors                          Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

   G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

   H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed:  **/s/ Theresa Ann Robertson**                                    **08/22/2025**
        Theresa Ann Robertson                                               Date

        **/s/ Chadwick S Robertson**                                        **08/22/2025**
        Chadwick S Robertson                                                Date

        **/s/ Thomas C. Rollins, Jr.**                                          **08/25/2025**
        Thomas C. Rollins, Jr., MS Bar No. 103469                Date
        Attorney for the Debtors
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On August 25, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                  **/s/ Thomas C. Rollins, Jr.**
                                  Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-51305-KMS |
|---|---|
| THERESA ANN ROBERTSON<br>CHADWICK S ROBERTSON | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/25/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/25/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-51305-KMS |
|---|---|
| THERESA ANN ROBERTSON<br>CHADWICK S ROBERTSON | **CERTIFICATE OF SERVICE<br>DECLARATION OF MAILING**<br>Chapter: 13 |

On 8/25/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/25/2025

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-51305-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON AUG 25 9-24-20 PST 2025 | ~~(U)FIRST TOWER LOAN LLC~~ | ~~(U)THE PEOPLES BANK  BILOXI MISSISSIPPI~~ |

| EXCLUDE | | |
|---|---|---|
| ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | COASTAL FAMILY HEALTH<br>PO BOX 475<br>BILOXI   MS 39533-0475 | COLLECTIONS  INC<br>PO BOX 6065<br>GULFPORT   MS 39506-6065 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | DIRECTV<br>PO BOX 78626<br>PHOENIX   AZ 85062-8626 | DIRECTV   LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY   OK 73118-7901 |

| | | |
|---|---|---|
| DR A RIZK<br>1391 BROAD AVE<br>GULFPORT   MS 39501-2419 | FIRST TOWER LOAN  LLC<br>PO BOX 320001<br>FLOWOOD   MS 39232-0001 | HARRISON COUNTY<br>PO BOX 998<br>GULFPORT   MS 39502 |

| | | |
|---|---|---|
| HILLCREST DENTAL GROUP<br>9231 OLD LORRAINE RD<br>GULFPORT   MS 39503-6060 | IC SYSTEM  INC<br>PO BOX 64378<br>SAINT PAUL   MN 55164-0378 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON   MS 39201-5025 |

| | | |
|---|---|---|
| LONG BEACH FINANCIAL SERVICES  INC<br>200 W RAILROAD ST<br>109<br>LONG BEACH   MS 39560-4517 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P O BOX 22808<br>JACKSON   MS 39225-2808 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON   MS 39225-2808 |

| | | |
|---|---|---|
| MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT   MS 39502-1810 | MEMORIAL HOSPITAL AT GULFPORT<br>MEMORIAL HOSPITAL<br>CO WESSLER LAW FIRM<br>PO BOX 175<br>GULFPORT   MS 39502-0175 | (P)MERCHANTS ADJUSTMENT SERVICE  INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 |

| EXCLUDE | | |
|---|---|---|
| ~~(D)(P)MERCHANTS ADJUSTMENT SERVICE  INC~~<br>~~ATTN ATTN SHERI~~<br>~~PO BOX 7511~~<br>~~MOBILE AL 36670-0511~~ | MONTGOMERY WARD<br>3650 MILWAUKEE<br>MADISON   WI 53714-2304 | MONTGOMERY WARD<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS   TX 75380-0849 |

| | | |
|---|---|---|
| NATHAN L PRESCOTT  ESQ<br>FOR THE PEOPLES BANK  BILOXI MISSISSIPP<br>PAGE MANNINO  PERESICH  MCDERMOTT  PLLC<br>PO DRAWER 289<br>BILOXI   MS 39533-0289 | SMB RADIOLOGY<br>PO BOX 1330<br>GULFPORT   MS 39502-1330 | SWISS COLONY<br>1112 7TH AVE<br>MONROE   WI 53566-1364 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| THE PEOPLES BANK BILOX<br>152 LAMEUSE ST<br>BILOXI MS 39530-4214 | THE PEOPLES BANK BILOXI MISSISSIPPI<br>NATHAN L PRESCOTT ESQ<br>759 HOWARD AVE<br>BILOXI MS 39530-4305 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | CHADWICK S ROBERTSON<br>431 THIRD ST<br>GULFPORT MS 39507-1025 |
| DEBTOR<br>THERESA ANN ROBERTSON<br>431 THIRD ST<br>GULFPORT MS 39507-1025 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | ~~EXCLUDE~~<br>~~(P)WARREN A CUNTZ II JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ |