United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 20-51305-KMS

Theresa Ann Robertson  Chapter 13
Chadwick S Robertson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Sep 19, 2025      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Theresa Ann Robertson, Chadwick S Robertson, 431 Third St, Gulfport, MS 39507-1025 |
| 4924744 | + | Coastal Family Health, P.O. Box 475, Biloxi, MS 39533-0475 |
| 4924745 | + | Collections, Inc, P.O. Box 6065, Gulfport, MS 39506-6065 |
| 4924747 | + | Dr. A Rizk, 1391 Broad Ave, Gulfport, MS 39501-2419 |
| 4924748 |  | Harrison County, P.O. Box 998, Gulfport, MS 39502 |
| 4924749 | + | Hillcrest Dental Group, 9231 Old Lorraine Rd, Gulfport, MS 39503-6060 |
| 4924753 | + | Long Beach Financial Services, Inc., 200 W Railroad St, #109, Long Beach, MS 39560-4517 |
| 4924754 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 4928165 | + | Memorial Hospital at Gulfport, Memorial Hospital, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |
| 4936157 | + | Nathan L. Prescott, Esq., for The Peoples Bank, Biloxi, Mississipp, Page,Mannino, Peresich & McDermott, PLLC, P.O. Drawer 289, Biloxi, MS 39533-0289 |
| 4924760 | + | The Peoples Bank Bilox, 152 Lameuse St, Biloxi, MS 39530-4214 |
| 4945928 | + | The Peoples Bank, Biloxi, Mississippi, Nathan L. Prescott, Esq., 759 Howard Ave, Biloxi, MS 39530-4305 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4924751 |  | EDI: IRS.COM | Sep 19 2025 23:20:00 | Department of the Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4924746 |  | EDI: DIRECTV.COM | Sep 19 2025 23:20:00 | Directv, PO Box 78626, Phoenix, AZ 85062-8626 |
| 4927938 | + | EDI: AIS.COM | Sep 19 2025 23:20:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4931598 | + | Email/Text: bankruptcy@towerloan.com | Sep 19 2025 19:21:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4924750 | + | EDI: LCIICSYSTEM | Sep 19 2025 23:20:00 | IC System, Inc., Po Box 64378, Saint Paul, MN 55164-0378 |
| 4924752 | + | Email/Text: ebone.woods@usdoj.gov | Sep 19 2025 19:21:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4924755 |  | Email/Text: sheri@masinc.org | Sep 19 2025 19:21:00 | Merchant Adjustment Se, 56 N Florida St, Mobile, AL 36607 |
| 4924756 |  | Email/Text: sheri@masinc.org | Sep 19 2025 19:21:00 | Merchants Adjustment, P O Box 7511, Mobile, AL 36670 |
| 5007677 |  | EDI: MSDOR | Sep 19 2025 23:20:00 | MISSISSIPPI DEPARTMENT OF REVENUE, BANKRUPTCY SECTION, P. O. BOX 22808, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2025 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 5015531 | | EDI: MSDOR | | JACKSON, MS 39225-2808 |
| | | | Sep 19 2025 23:20:00 | MS Dept. of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4929083 | + | EDI: CBS7AVE | | |
| | | | Sep 19 2025 23:20:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4924757 | + | EDI: CBS7AVE | | |
| | | | Sep 19 2025 23:20:00 | Montgomery Ward, 3650 Milwaukee, Madison, WI 53714-2304 |
| 4924759 | + | EDI: CBS7AVE | | |
| | | | Sep 19 2025 23:20:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 4924761 | | Email/Text: bankruptcy@towerloan.com | | |
| | | | Sep 19 2025 19:21:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4924762 | ^ | MEBN | | |
| | | | Sep 19 2025 19:18:35 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FIRST TOWER LOAN LLC |
| cr | | THE PEOPLES BANK, BILOXI, MISSISSIPPI |
| 4924758 | ##+ | SMB Radiology, P.O. Box 1330, Gulfport, MS 39502-1330 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nathan L Prescott | on behalf of Creditor THE PEOPLES BANK BILOXI, MISSISSIPPI nathan.prescott@pmp.org, linda.scott@pmp.org |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Rebecca Guion Burton | on behalf of Creditor FIRST TOWER LOAN LLC gburton@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Chadwick S Robertson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 19, 2025 | Form ID: 3180W | Total Noticed: 27 |

    on behalf of Debtor Theresa Ann Robertson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Theresa Ann Robertson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−6257** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Chadwick S Robertson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−4525** <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **20−51305−KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Theresa Ann Robertson**

**Chadwick S Robertson**
aka Chadwick Samuel Robertson

Dated: 9/19/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**